D. MICHAEL SCHOENFELD, SBN 102332
MIKHAIL PARNES, SBN 300922
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California 95814
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: mschoenfeld@murphyaustin.com
Email: mparnes@murphyaustin.com

Attorneys for Plaintiff
PRESTON PIPELINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON PIPELINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HD SUPPLY WATERWORKS GROUP, INC., a Delaware corporation; NORTH AMERICAN PIPE CORPORATION, a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:17-cv-00356-TLN-AC <br><br> **STIPULATION AND ORDER TO CORRECT NAME OF DEFENDANT ERRONEOUSLY SUED AS HD SUPPLY WATERWORKS GROUP, INC.** |

IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES, THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

1. WHEREAS, Plaintiff Preston Pipelines, Inc. ("Preston") erroneously sued HD Supply Waterworks Group, Inc. ("HD, Inc.").

2. WHEREAS, HD Supply Waterworks, Ltd. ("HD, Ltd.") filed an Answer on its behalf indicating that Preston erroneously sued HD, Inc.

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS, PURSUANT TO UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULE 143:

1. THAT HD, Ltd. is the proper defendant, not HD, Inc.

- 1 -

STIPULATION AND ORDER TO CORRECT NAME OF DEFENDANT ERRONEOUSLY SUED AS HD SUPPLY WATERWORKS GROUP, INC. 2:17-CV-00356-TLN-AC

6125337v1

2. THAT the allegations against HD, Inc. in Preston's Complaint are deemed to be against HD, Ltd.

3. THAT Preston asserts no causes of action against HD, Inc.

4. THAT Preston need not file a First Amended Complaint to name HD, Ltd.

5. THAT North American Pipe Corporation (a) joins in this stipulation only with respect to WHEREAS paragraph nos. 1, 2 and paragraph nos. 2, 3, 4 in the second set of numbered paragraphs, and (b) does not oppose the other parties' stipulation at paragraph no. 1 in the second set of numbered paragraphs.

Dated: April 26, 2017　　　　　　　　　MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ D. Michael Schoenfeld
　　D. MICHAEL SCHOENFELD
　　MIKHAIL PARNES
　　Attorneys for Plaintiff
　　PRESTON PIPELINES, INC.

Dated: April 26, 2017　　　　　　　　　HAWKINS PARNELL THACKSTON & YOUNG LLP

By: /s/ Kate Wade

　　MIRNA J. SCHEFFY
　　BRAD WHALEN
　　KATE WADE
　　Attorneys for Defendants,
　　NORTH AMERICAN PIPE CORPORATION
　　AND HD SUPPLY WATERWORKS,
　　LTD.(ERRONEOUSLY SUED AS HD
　　SUPPLY WATERWORKS GROUP, INC.)

- 2 -

STIPULATION AND ORDER TO CORRECT NAME OF DEFENDANT ERRONEOUSLY SUED AS HD SUPPLY WATERWORKS GROUP, INC. 2:17-CV-00356-TLN-AC

6125337v1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 26, 2017

Troy L. Nunley
United States District Judge